UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ROBINSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CORTEZ,<br><br>　　　　Defendant. | Case No. 1:15-cv-01186-MJS (PC)<br><br>**ORDER DENYING MOTION FOR RECONSIDERTION OF ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>**(ECF No. 18)** |

Before the Court is Plaintiff's April 13, 2016, motion for reconsideration (ECF No. 18) of the Court's March 29, 2016, order denying Plaintiff's request for appointment of counsel. (ECF No. 17.)

The Court has considered Plaintiff's attached documentation describing his hearing impairment and his limited education. While the Court remains sympathetic to Plaintiff's situation, it does not find that Plaintiff's situation is exceptional. Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997).

Plaintiff has presented no new fact or citation to authority that would justify reconsideration of the Court's March 29, 2016, Order. Plaintiff's motion for reconsideration of his request for appointment of counsel will be DENIED without prejudice.

1

1
2
3      The Court may reevaluate the propriety of appointing counsel if and as Plaintiff's
4
   case proceeds closer to trial.
5
6
7  IT IS SO ORDERED.
8
       Dated:   May 10, 2016            /s/ *Michael J. Seng*
9                                       UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2