1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DARRYL ROBINSON, | No.  1:15-cv-01186-AWI-MJS (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION AND CLOSING CASE |
| C. CORTEZ, | (ECF No. 27) |
| Defendants. | |

On October 11, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees. (ECF No. 27.) In light of the parties' stipulation, this case has been terminated, see Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party. Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   October 14, 2016                    _____
                                             SENIOR  DISTRICT  JUDGE

1